PEOPLE *v.* PRICE. Appeal from Recorder's Court of Detroit, Elvin L. Davenport, J. Submitted Division 1 September 28, 1971, at Lansing. (Docket No. 12140.) Decided October 29, 1971. Leave to appeal denied, 386 Mich 785.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Thomas P. Smith,* Assistant Prosecuting Attorney, for the people.

*Sidney Kraizman,* for defendant on appeal.

Before: QUINN, P. J., and McGREGOR and BRONSON, JJ.

MEMORANDUM OPINION. The defendant was convicted of larceny from a person and sentenced to a term of five to ten years in prison. MCLA § 750.357 (Stat Ann 1954 Rev § 28.589).

An examination of the record and briefs discloses no prejudicial error.

The motion to affirm is granted.


PEOPLE *v.* SHANNON. Appeal from Recorder's Court of Detroit, Donald S. Leonard, J. Submitted Division 1 October 5, 1971, at Lansing. (Docket No. 12273.) Decided October 29, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Jack J. Kraizman,* for defendant on appeal.

Before: McGREGOR, P. J., and BRONSON and DANHOF, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty to the lesser offense of assault with intent to rob being armed, and appeals. A motion to affirm has been filed by the people.

Upon examination of the briefs and record, it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.